## 34831.   Pipkins *v.* Davis *et al.*

Quillian, J.   This case is a companion to *Kimsey* v. *Davis,* ante, p. 481. The facts in that case are substantially the same as the facts in this case, and the legal questions raised by the writ of error here are identical to those presented and decided in that case. The ruling there made is, therefore, controlling of the issues here and requires a judgment of affirmance.

*Judgment affirmed.   Sutton, C. J., and Felton, J., concur.*

Decided January 14, 1954.

*Anthony O. May, J. M. Forrester,* for plaintiff in error.
*James W. Smith,* contra.